UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LAURIE HEUSS,

        Plaintiff,

   v.

CALIBER HOME LOANS INC, et al.,

        Defendants.

Case No. 20-cv-0843-bhl

## ORDER

Defendant Ad Astra Recovery Services, Inc. filed a Motion to Dismiss or Stay Proceedings and Compel Arbitration on July 21, 2020 (ECF No. 11). At a status conference held on October 30, 2020, plaintiff's counsel confirmed that plaintiff does not challenge any of the defendants' arbitration clauses and agreed to the entry of orders dismissing the claims against those defendants in favor of arbitration. Accordingly,

IT IS HEREBY ORDERED that Defendant Ad Astra Recovery Services, Inc. is dismissed from this action without prejudice and without costs, to allow the parties to arbitrate.

Dated at Milwaukee, Wisconsin this 2nd day of November, 2020.

        s/ Brett H. Ludwig
        BRETT H. LUDWIG
        United States District Judge