UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LAURIE HEUSS,

    Plaintiff,

  v.

Case No. 20-cv-0843-bhl

CALIBER HOME LOANS INC, et al.,

    Defendants.

## ORDER

Defendant Mariner Finance LLC filed a Motion to Compel Arbitration and to Dismiss the Lawsuit or, in the alternative, to Stay the Proceedings on September 14, 2020 (ECF No. 49). At a status conference held on October 30, 2020, plaintiff's counsel confirmed that plaintiff does not challenge any of the defendants' arbitration clauses and agreed to the entry of orders dismissing the claims against those defendants in favor of arbitration. Accordingly,

IT IS HEREBY ORDERED that Defendant Mariner Finance LLC is dismissed from this action without prejudice and without costs, to allow the parties to arbitrate.

Dated at Milwaukee, Wisconsin this 2nd day of November, 2020.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge